sonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Thomas has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter O. Odighizuwa appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) suit for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Odighizuwa v. Williams*, No. 7:06–cv–00168–gec, 2006 WL 840327 (W.D.Va. Mar. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Peter O. ODIGHIZUWA,**
**Plaintiff–Appellant,**

v.

**Doctor WILLIAMS; Red Onion State Prison, Defendants–Appellees.**

No. 06–6729.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 20, 2006.

Peter O. Odighizuwa, Appellant Pro Se.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Victor THOMPSON,**
**Defendant–Appellant.**

No. 06–4690.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 4, 2006.

Decided: Dec. 20, 2006.